UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

BRIAN K. WILLIAMS								Case No. 09-12502-WSS-7

Debtor.

## ORDER AND NOTICE REVOKING DISCHARGE

On August 23, 2010 an Order was entered in Adversary 10-00058 Littleton v. Williams, revoking the debtor's discharge.  The Discharge of Debtor entered on 10/20/09 is revoked.

It is ORDERED and NOTICE IS GIVEN that the Discharge of Debtor is REVOKED.

Dated:   September 14, 2010

*William S. Shulman*
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:

BRIAN K. WILLIAMS,                                             CASE NO. 09-12502

Debtor

DENISE LITTLETON, Trustee

vs.                                                                    ADV. NO. 10-00058

BRIAN K. WILLIAMS,

        Defendant.

## JUDGMENT AND ORDER ON COMPLAINT

This matter came on for trial upon the complaint of the Trustee against the Defendant named in the caption above. Appearances were made as noted in the record. Process was duly issued and served, and the Defendant has failed to plead or otherwise defend in this adversary proceeding. It appears that this court has jurisdiction of the matter, and that default judgment should be entered for the relief sought by the Plaintiff.

It is therefore ORDERED that a judgment of default is hereby entered in Plaintiff's favor and against the Defendant for the relief sought in the complaint.

It is further ORDERED that the Debtor's discharge be revoked.

Dated: August 23, 2010

                                                                WILLIAM S. SHULMAN
                                                                 U.S. BANKRUPTCY JUDGE